Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

This purports to be a conviction for driving an automobile upon a public highway while intoxicated, with punishment assessed at a fine of $150.

The record fails to reflect the judgment of the trial court, without which this court has no jurisdiction to entertain the appeal. Berry v. State, 138 Tex.Cr.R. 563, 138 S.W.2d 105; Davis v. State, 145 Tex. Cr.R. 188, 167 S.W.2d 523; and Sharp v. State, Tex.Cr.App., 219 S.W.2d 810.

The appeal is dismissed.

Opinion approved by the Court.

### WRIGHT v. STATE.
No. 24386.

Court of Criminal Appeals of Texas.
May 25, 1949.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted of the offense of driving a motor vehicle upon a public highway while intoxicated. Fine of $50.00 was the punishment assessed.

As the record is brought forward, the proceedings appear regular. We find no

statement of facts nor bills of exception, and nothing is presented for review by this Court.

The judgment of the trial court is affirmed.